NO. 29469

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
ERIN ACKERMAN, Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-CR. NO. 07-1-217K)


ORDER DENYING DEFENDANT-APPELLANT'S
MOTION FOR RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By: Nakamura, C.J., Foley, and Ginoza, JJ.)

Upon review of Defendant-Appellant Erin Ackerman's (Appellant) Motion for Reconsideration of Summary Disposition Order filed on November 1, 2012, pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40 and the record, Appellant's motion fails to demonstrate that this court overlooked or misapprehended any points of law or fact. See HRAP Rule 40.

Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:   Honolulu, Hawai'i, November 8, 2012.

Chief Judge

Associate Judge

Associate Judge